UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST CALVINO JR.,

          Plaintiff,

-against-

THE JAIMACAN THAT CLAIMS TO BE REPRESENTING ME AND SAID IS THE ONE WITH THE IDEAS,

          Defendant.

1:20-CV-0449 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 24, 2020, dismissing this action is frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 24, 2020
       New York, New York

                                        COLLEEN McMAHON
                                        Chief United States District Judge